# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-1652

_____

Maria Domingo-Lucas

*Petitioner*

v.

Jefferson B. Sessions, III, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: January 22, 2018
Filed: January 25, 2018
[Unpublished]

_____

Before BENTON, MURPHY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Guatemalan Maria Domingo-Lucas petitions for review of an order of the Board of Immigration Appeals dismissing her appeal from the decision of an immigration judge, which denied her request for asylum and withholding of removal. Having jurisdiction under 8 U.S.C. § 1252, this court denies the petition.

This court concludes that substantial evidence supports the agency's determination that Domingo-Lucas failed to show that the Guatemalan government is unable or unwilling to control the private actor that she fears. This finding is dispositive of Domingo-Lucas's asylum claim. *See Gutierrez-Vidal v. Holder*, 709 F.3d 728, 731-33 (8th Cir. 2013) (standard of review and asylum requirements; noting that without government imprimatur, asylum claims based on the conduct of private parties fail; specifically finding no well-founded fear of persecution). Because Domingo-Lucas did not satisfy asylum's less rigorous burden, her withholding claim necessarily fails also. *See id.* at 733-34.

The petition for review is denied.

_____